NOTE: This order is nonprecedential.

# United States Court of Appeals
# for the Federal Circuit

---

**LINEAR TECHNOLOGY CORPORATION,**
*Plaintiff-Appellant,*

v.

**MONOLITHIC POWER SYSTEMS, INC.,**
*Defendant-Cross-Appellant.*

---

2011-1637, 2012-1033

---

Appeals from the United States District Court for the District of Delaware in case no. 06-CV-0476, Chief Judge Gregory M. Sleet.

---

## ON MOTION

---

## ORDER

Monolithic Power Systems moves without opposition to withdraw its motion to deactivate or dismiss the appeal.

Upon consideration thereof,

IT IS ORDERED THAT:

The motion to withdraw the other motions is granted.

FOR THE COURT

**DEC 1 9 2011**
Date

/s/ Jan Horbaly
Jan Horbaly
Clerk

cc:  Joel M. Freed, Esq.
     Dan L. Bagatell, Esq.

s24

**FILED**
**U.S. COURT OF APPEALS FOR THE FEDERAL CIRCUIT**

**DEC 1 9 2011**

**JAN HORBALY
CLERK**